**No. 61772.**—Kersten Shipping Agency, Inc. *v.* United States, protest 309999–K (New York).

Opinion by JOHNSON, J.  An examination of the official papers, received in evidence at the trial, indicates that the entry was liquidated upon the basis of a net weight of 100,970 pounds for the 2,000 bags of merchandise.  The collector's letter of transmittal states that, following the surveyor's amended return, the merchandise would now be assessed with duty on the basis of a net weight of 50 pounds per bag.  On the record presented, the protest was sustained, and it was held that the merchandise is subject to duty on the basis of a net weight of 50 pounds per bag.

**No. 61773.**—Weil Ceramics & Glass, Inc. *v.* United States, protests 167889–K, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the items of merchandise marked with the letter "A" were held dutiable at 20 percent under paragraph 1547 (a), Tariff Act of 1930, and the items marked with the letter "B" at 10 percent under the provision in said paragraph, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476), for "Works of art * * * statuary, sculptures, or copies, replicas, or reproductions thereof, valued at not less than $2.50."

**No. 61774.**—Dadourian Export Corporation *v.* United States, protests 309927–K and 310130–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

**No. 61775.**—The Gren Corp. *v.* United States, protest 310128–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.